■ DANIEL O. KLEIN et al., Appellants, v WITNAUER TRUCKING CO., INC., Defendant, and PINKERTON SECURITY SERVICES, INC., Respondent. (Appeal No. 2.) [724 NYS2d 920] —Order unanimously reversed on the law without costs, motion denied and complaint against defendant Pinkerton Security Services, Inc. reinstated. Same Memorandum as in *Klein v Witnauer Trucking Co.* (283 AD2d 1000 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Burns, JJ.